UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 CLAY STREET, SUITE 300
OAKLAND CA 94612
(510) 879-3600



FILED
AUG 2 4 2017
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

August 24, 2017

Clerk of the Court
Superior Court of the State of California
County of San Francisco
400 McAllister St. Dept 206
San Francisco CA 94102

**RE: Superior Court Case CGC-16-553702**
**Bankruptcy Court Case 17-41205; Adversary Proceeding: 17-4030**

Dear Clerk:

Enclosed please find a certified copy of an order which remands the above referenced case to your court and a certified copy of the bankruptcy case docket sheet.

Should you have any questions, please contact me at the above listed telephone number.

Please acknowledge receipt of this letter by stamping and returning the copy provided for that purpose.

Thank you.

La Keska Blue
Case Management Analyst/Deputy Clerk


Enclosure: Certified copy of order remanding and certified copy of docket sheet